**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-7064**

———————

MICHAEL ANTHONY BROWN,

                              Petitioner - Appellant,

        versus

DANIEL L. STIENEKE,

                              Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  W. Earl Britt, Senior District Judge.  (CA-98-364-5-BR2)

———————

Submitted:  January 21, 1999          Decided:  February 5, 1999

———————

Before LUTTIG, MOTZ, and KING, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Michael Anthony Brown, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael Anthony Brown seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998).  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we deny Brown's motion for appointment of counsel, deny a certificate of appealability, and dismiss the appeal on the reasoning of the district court.  See Brown v. Stieneke, No. CA-98-364-5-BR2 (E.D.N.C. June 23, 1998).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2